AO 442 (Rev. 5/93) Warrant for Arrest    AUSA MICHAEL C. LEIBSON//AGENT ROBERT BELL

# United States District Court

| EASTERN | **DISTRICT OF** | MICHIGAN - SD |

UNITED STATES OF AMERICA

V.

D-2  DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos," & "Ronald B. Ivory,"

**WARRANT FOR ARREST**

CASE NUMBER **05-80955**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DEMETRIUS EDWARD FLENORY
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment

charging him or her with Conspiracy to Distribute 5 Kilograms or More of Cocaine,

in violation of Title 21  United States Code, Section(s)   846 and 841(a)(1)

DAVON ALLEN                          **DEPUTY CLERK**
Name of Issuing Officer              Title of Issuing Officer

/s/ D. Allen                         **OCT 2 0 2005**
Signature of Issuing Officer         Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

ARRESTED BY  USMS DALLAS

| RETURN |
| This warrant was received and executed with the arrest of the above-named defendant at LOCATION DALLAS, TX |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER DATE 10/28/2005 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest